**In the United States Court for the District of Columbia**

| | |
|---|---|
| Jessica Homol, Dillon Homol, and Hanna Homol, <br><br> *Plaintiffs*, <br><br> v. <br><br> Nancy Pelosi, Bernie G. Thompson, Elizabeth L. Chaney, Adam B. Schiff, Jamie B. Raskin, Susan F. Longren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, Select Committee to Investigate the January 6th Attack on the United States Capitol, John Wood, Timothy J. Heaphy, Verizon Communications, Inc., Cellco Partnership, d/b/a Verizon Wireless <br><br> *Defendants*. | Civil Case No. 1:22-cv-00527 |

**Plaintiffs' Response to the Court's Order to Show Cause**

Plaintiffs Jessica Homol, Dillon Homol, and Hanna Homol, request that the Court not dismiss this action for failure to prosecute.

Dillon Homol currently faces criminal charges that he entered the United States Capitol on January 6, 2021. The Select Committee to Investigate the January 6th Attack on the United States Capitol ("January 6th Committee") issued a subpoena to Verizon Communications, Inc., demanding that Verizon disclose the cell phone data and records for Dillon Homol. But the subpoena also requires Verizon to disclose cell phone records and data for Jessica Homol and Hanna Homol—Dillon's sister and mother, respectively—who share an account with Dillon Homol. Neither Jessica Homol nor Hanna Homol were

in Washington, D.C., on January 6, 2021, nor is anyone suggesting that they otherwise participated in or encouraged any act at the Capitol on January 6, 2021.

In order to protect Jessica Homol's and Hanna Homol's Constitutional rights, Plaintiffs filed this action to prevent the January 6th Committee from enforcing, or Verizon from complying with, the subpoena. Plaintiffs named as Defendants the January 6th Committee itself, the House of Representatives Members who serve on the committee, and counsel to the January 6th Committee. Plaintiffs served, or attempted to serve, all Defendants. The affidavits of due diligence for those Defendants not served are attached as Exhibit A.

After filing the Complaint, Plaintiffs' counsel confirmed with the Verizon Defendants that Verizon would not respond to the subpoena while the case was still pending. Verizon filed an answer, but no other party responded to the Complaint or asked for an extension.

Plaintiffs' counsel tried to contact counsel for the January 6th Committee to resolve the issue but was unsuccessful. Plaintiffs' counsel believed that the January 6th Committee would either eventually respond to the Complaint, or the January 6th Committee would conclude its investigation at which point Plaintiffs could move to dismiss the suit. Plaintiffs did not want to move for an order of default against the governmental Defendants prematurely because it would potentially waste the Court's and the Defendants' time and resources. But Plaintiffs also did not want to dismiss the case because the Verizon Defendants might feel compelled to respond to the subpoena if no case is pending.

The Plaintiffs understand the Court does not want the case to linger on its docket. Thus, Plaintiffs will move for a default against the Defendants who have been served, and

perfect service on those who have not. Plaintiffs counsel will also try to resolve the issue with Defendants before filing a motion for default.

Dated:  October 28, 2022                    Respectfully Submitted,

 

*/s/ William T. DeVinney*
James W. Hundley
William T. DeVinney
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email:  jhundley@brigliahundley.com
Email:  wdevinney@brigliahundley.com

## Certificate of Service

I certify that I caused the foregoing to be served on October 28, 2022, to the foregoing via the Court's electronic filing system and first class mail on the following:

Nancy Pelosi, in her official
capacity as Speaker of the United States
House of Representatives
Office of the Speaker
The U.S. Capitol. Suite H-232,
U.S. House of Representatives
Washington, D.C. 20515

Bernie G. Thompson, in his official
capacity as Chair of the Select Committee
to Investigate the January 6th Attack on the
United States Capitol
Rayburn House Office Building Suite 2466
U.S. House of Representatives
Washington, D.C. 20515

Elizabeth L. Chaney, in her official
capacity as a member of the United States
House of Representatives.
Cannon House Office Building, Suite 416
U.S. House of Representatives
Washington, D.C. 20515

Adam B. Schiff, in his official capacity as a
member of the United States
House of Representatives
Rayburn House Office Building, Suite 2309
U.S. House of Representatives
Washington, D.C. 20515

Jamie B. Raskin, in his official
capacity as a member of the United States
House of Representatives
Rayburn House Office Building, Suite 2242
U.S. House of Representatives
Washington, D.C. 20515

Susan F. Longren, in her official
capacity as a member of the United States
House of Representatives
Longworth House Office Building, Suite 1401
U.S. House of Representatives
Washington, D.C. 20515

Elaine G. Luria, in her official
capacity as a member of the United States
House of Representatives
Cannon House Office Building, Suite 412
U.S. House of Representatives
Washington, D.C. 20515

Peter R. Aguilar, in his official
capacity as a member of the United States
House of Representatives
Cannon House Office Building, Suite 109
Washington, D.C. 20515

Stephanie Murphy, in her official
capacity as a member of the United States House
of Representatives
Longworth House Office Building, Suite 1710
U.S. House of Representatives
Washington, D.C. 20515

Adam D. Kinzinger, in his official
capacity as a member of the United States
House of Representatives
Rayburn House Office Building, Suite 3635
U.S. House of Representatives
Washington, D.C. 20515

Select Committee to Investigate the January
6th Attack on the United States Capitol,
Longworth House Office Building
Washington, D.C 20515

John Wood, in his official capacity as
Investigative Counsel for the Minority Members
of the House Select Committee to Investigate the
January 6 Attack on the United States Capitol
Longworth House Office Building
Washington, D.C 20515

Timothy J. Heaphy, in his official capacity
Chief Investigative Counsel for the House Select
Committee to Investigate the January 6 Attack on
the United States Capitol
Longworth House Office Building
Washington, D.C 20515

Verizon Communications, Inc.
Serve: General Counsel and Executive
Vice President Craig Silliman
1095 Avenue of the Americas
New York, NY 10036

Cellco Partnership
d/b/a Verizon Wireless
Serve: General Counsel
ATTN: VSAT
1 Verizon Way
Basking Ridge, New Jersey 07920

*William DeVinney*
William DeVinney

# Exhibit A

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the District of Columbia

**Jessica Homol, et al**

    Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182



*276012*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Adam D. Kinzinger, in his official capacity as a member of the United States House of Representatives** on **03/14/2022 at 5:20 PM** at **2245 Rayburn House Office Bldg., Washington, DC 20515**

The undersigned, swear and affirm that on **March 16, 2022** at **11:43 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Adam D. Kinzinger, in his official capacity as a member of the United States House of Representatives** the **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-11:43 AM | 2245 Rayburn House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number of 202-225-3635, and spoke with a staff member who identified himself as Luke. Luke stated that they cannot accept legal documents in hand without going through a screening process first. He further explained that any documents must be sent by certified mail to the address of "2245 Rayburn House Office Building, Washington DC 20002". Once mailed, the documents would then go through security screening and be sent directly to Adam Kinzinger. - Attempted by Athena Arruda |

_____
**Athena Arruda**
Process Server

Internal Job ID:276012

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the District of Columbia

**Jessica Homol, et al**

    Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182

*276010*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Elizabeth L. Chaney, in her official capacity as a member of the United States House of Representatives on 03/14/2022 at 5:16 PM at 416 Cannon House Office Bldg., Washington, DC 20515**

The undersigned, swear and affirm that on **March 17, 2022** at **1:34 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Elizabeth L. Chaney, in her official capacity as a member of the United States House of Representatives** the **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-10:22 AM | 416 Cannon House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number of 202-225-2311. I received no response, and thus left a detailed voice message regarding the delivery of legal documents. - Attempted by Athena Arruda |
| 03/17/2022-12:49 PM | 416 Cannon House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number 202-225-2311. I received no response. I left a detailed voice message regarding the delivery of legal documents. - Attempted by Athena Arruda |
| 03/17/2022-1:34 PM | 109 Cannon House Office Bldg. Washington, DC 20515 | I received a phone call from the telephone number of 202-997-0167 and spoke with a House of Representatives employee who identified himself as Todd K. He stated that he was returning the call from a previous voicemail I had left, and was calling on behalf of both Peter Aguilar and Elizabeth Chaney. He further stated that sending these documents by certified mail would be the most efficient method. He also advised that our client can call the General Counsel's office at the telephone number of 202-225-9700. - Attempted by Athena Arruda |

Signature

**Athena Arruda**
Process Server

Internal Job ID:276010

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**



## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

United States District Court for the District of Columbia

**Jessica Homol, et al**

       Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

       Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182

*276016*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives on 03/14/2022 at 5:26 PM at Office of the Speaker, The U.S. Capitol, Suite H-232, Washington, DC 20515**

The undersigned, swear and affirm that on **March 16, 2022** at **12:18 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives** the **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-12:18 PM | Office of the Speaker, The U.S. Capitol, Suite H-232 Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number of 202-225-0100. I spoke with an employee from the Speaker's Office who identified herself as Camille. She stated that the employees authorized to accept are currently unavailable, and they do not accept in-hand documents. She further explained that all legal documents must be sent by certified mail to the address 1236 Longworth House Office Building Washington, D.C. 20515. No further information was given. - Attempted by Athena Arruda |

_____
**Athena Arruda**
Process Server

Internal Job ID:276016

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States District Court for the District of Columbia

**Jessica Homol, et al**

    Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182

*276008*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Peter R. Aguilar, in his official capacity as a member of the United States House of Representatives on 03/14/2022 at 5:12 PM at 109 Cannon House Office Bldg., Washington, DC 20515**

The undersigned, swear and affirm that on **March 17, 2022** at **1:34 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Peter R. Aguilar, in his official capacity as a member of the United States House of Representatives** the Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-10:21 AM | 109 Cannon House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number of 202-225-3201. I received no response, and thus left a detailed voice message regarding the delivery of legal documents. - Attempted by Athena Arruda |
| 03/17/2022-12:49 PM | 109 Cannon House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number 202-225-3201. I spoke with an unidentified employee. He asked for my full name, email address, and best telephone number to call me back with an appropriate date and time to deliver the documents. He further explained that someone from Mr. Aguilar's office will reach out to me some time later today. No further information was given. - Attempted by Athena Arruda |
| 03/17/2022-1:34 PM | 109 Cannon House Office Bldg. Washington, DC 20515 | I received a phone call from the telephone number of 202-997-0167 and spoke with a House of Representatives employee who identified himself as Todd K. He stated that he was returning the call from a previous voicemail I had left, and was calling on behalf of both Peter Aguilar and Elizabeth Chaney. He further stated that sending these documents by certified mail would be the most efficient method. He also advised that our client can call the General Counsel's office at the telephone number of 202-225-9700. - Attempted by Athena Arruda |

_____
**Athena Arruda**
Process Server

Internal Job ID:276008

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com



# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the District of Columbia

**Jessica Homol, et al**

      Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

      Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182

*276013*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Susan F. Longren, in her official capacity as a member of the United States House of Representatives** on 03/14/2022 at 5:22 PM at 1401 Longworth House Office Bldg., Washington, DC 20515

The undersigned, swear and affirm that on **March 16, 2022** at **10:30 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Susan F. Longren, in her official capacity as a member of the United States House of Representatives** the **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-10:30 AM | 1401 Longworth House Office Bldg. Washington, DC 20515 | I arrived at the address and conducted a phone call to the telephone number of 202-225-3072. I spoke with an employee who identified himself as Chad Powell. He stated that due to Representative Lofgren testing positive for Covid-19 this past week, the entirety of the Longworth HOB staff is working remotely. Mr. Powell explained that I can either serve the documents by certified mail to the address 1401 Longworth House Office Building, Washington, D.C. 20515, or email them to his personal email address chad.powell@mail.house.gov. He then stated that sending the documents by email would be quicker, as certified mail has a lengthy security process. - Attempted by Athena Arruda |

_____
**Athena Arruda**
Process Server

Internal Job ID:276013

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com



# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

United States District Court for the District of Columbia

**Jessica Homol, et al**

    Plaintiff(s),

VS.

**Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al**

    Defendant(s).

**Case Number: 1:22-cv-00527-TJK**

Attorney: William T. DeVinney

Briglia Hundley, P.C.
1921 Gallows Rd., #750
Tysons Corner VA 22182



\*276015\*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Stephanie Murphy, in her official capacity as a member of the United States House of Representatives on 03/14/2022 at 5:25 PM at 1710 Longworth House Office Bldg., Washington, DC 20515**

The undersigned, swear and affirm that on **March 16, 2022** at **10:24 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Stephanie Murphy, in her official capacity as a member of the United States House of Representatives** the **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/16/2022-10:24 AM | 1710 Longworth House Office Bldg. Washington, DC 20515 | I arrived at the address and spoke with a Chief of Staff member who identified himself as Justin. He stated that there is currently no officer who can physically pick up the documents, as there is a lengthy security process to do so. He further explained that the best form of serving legal documents is by certified mail to the address 1710 Longworth House Office Building Washington, D.C. 20515. No further information was given. - Attempted by Athena Arruda |

_____

**Athena Arruda**
Process Server

Internal Job ID: 276015

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

